1   Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
2   TRANSFERRED to the United States District Court for the Eastern District of California.[1] The
3   Clerk shall transfer the case forthwith.

4   If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in
5   forma pauperis* application required by the United States District Court for the Eastern District of
6   California and mail them to that district.

7   All remaining motions, including Plaintiff's request for appointment of counsel (Docket No.
8   5), are TERMINATED on this Court's docket as no longer pending in this district.

9   The Clerk shall also direct an electronic version of Plaintiff's letter and this Order to Judge
10  Henderson.

11  IT IS SO ORDERED.

13  Dated: June 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

**United States District Court**
For the Northern District of California