IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

K. SHEPHERD,

     Plaintiff,                      No. 2:13-cv-1138 KJN P

     vs.

UNKNOWN,

     Defendant.                 <u>ORDER</u>

_____/

        On June 5, 2013, this civil rights action was transferred to the Eastern District of California. (ECF No. 6.)  Plaintiff, a state prisoner at the California Medical Facility in Vacaville, filed a letter to a district judge in the Northern District, alleging the denial of medical care. (ECF No. 1.)  No other pleadings have been filed by the plaintiff.  In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay both the $350.00 filing fee and the $50.00 administrative fee for a civil action, or file an application requesting leave to proceed in forma pauperis.[1]  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $350.00 filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

has been properly commenced.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00.  Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: June 13, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

shep1138.noc